IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

Cecil Fitzgerald Jamison,

        Plaintiff,

              vs.

Dir. Willie Bamberg; Asst. Dir. Dozier;
Chief James; Lt. Burton; Capt. Govan;
Capt. Ryant; Lt. Jarrette; Sgt. Fisk; Ms.
Sebasco; D/O Ms. J. Williams; D/O Ms.
Lee; Sgt. Woods; Lt. Murdock; Capt.
McKutchen; D/O N. Johnson; Nurse
Webber; Nurse Kroger; D/O Livingston;
Corp. Rawls; John D. Appleton, President
ABL Management; Vincent Rose, Director
of Operations; John Doe, CEO ABL
Management; Ms. Kinard, ABL Kitchen
Mgr.; Ms. Jackson; Ms. Davis; Ms. Jane
Doe, Kitchen Supervisor ABL; Ms. L
Brown; all in their individual and official
capacities;

        Defendants.

C.A. No.: 0:11-cv-02245-RBH-PJG

**ORDER**

)
)
)
)
)
)
)
)

        Plaintiff, a former county detention center inmate proceeding pro se, filed this suit

pursuant to 42 U.S.C. § 1983.  This matter is before the court for review of the Report and

Recommendation of United States Magistrate Judge Paige J. Gossett, made in accordance with

28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court.  The recommenda-

tion has no presumptive weight.  The responsibility to make a final determination remains with

this court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is charged with

making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

Neither party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that the Complaint in this case is dismissed without prejudice as to Defendants Lt. Burton, Sgt. Fisk, DO Lt. Murdock, Ms. Jackson, Ms. L. Brown, and DO Ms. Lee.

**IT IS SO ORDERED.**

                                    s/R. Bryan Harwell
                                    R. Bryan Harwell
                                    United States District Judge

Florence, South Carolina
March 28, 2012