IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Cecil Fitzgerald Jamison, | ) | Civil No. 0:11-cv-2245 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Dir. Willie Bamberg; Asst. Dir. Dozier; Chief James; Capt. Govan; Capt. Ryant; Lt. Jarrette; Ms. Sebasco; D/O Ms. J. Williams; Sgt. Woods; Capt. McKutchen; D/O N. Johnson; Nurse Webber; Nurse Kroger; D/O Livingston; Corp. Rawls; John D. Appleton, *President of ABL Management*; Vincent Rose, *Director of Operations*; John Doe, *CEO ABL Management*; Ms. Kinard, *ABL Kitchen Manager*; Ms. Davis; and Ms. Jane Doe, *Kitchen Supervisor ABL; all in their individual and official capacities*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that the defendants' motion for summary judgment be granted.

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas

v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).[1] On January 15, 2013, plaintiff requested an extension until March 1, 2013 to file objections. The court granted this extension in its order dated January 28, 2013. However, as of this date, no additional objections by the plaintiff have been filed to the magistrate judge's report and recommendation.

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation is **AFFIRMED**, and the defendants' motion for summary judgment is **GRANTED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

March 5, 2013
Charleston, South Carolina

*NOTICE OF RIGHT TO APPEAL*
The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal. The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" Id. at 846. Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.